**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7342**

───────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

WILBERT DECOSTA GREAVES,

                                    Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (CR-95-38-BR, CA-98-233-7-BR)

───────────────

Submitted:  January 13, 2000          Decided:  January 20, 2000

───────────────

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Wilbert DeCosta Greaves, Appellant Pro Se.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilbert DeCosta Greaves seeks to appeal the district court's order denying his request for a certificate of appealability filed under 28 U.S.C.A. § 2253(c) (West Supp. 1999). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Greaves, Nos. CR-95-38-BR; CA-98-233-7-BR (E.D.N.C. Aug. 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED